UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
LOREN DAVID SCHEEL § Case No. 10-25448
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gregg Szilagyi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/19/2012 in Courtroom 744,
United States Courthouse
219 S. DEARBORN ST. CHGO, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/08/2012      By: Gregg Szilagyi
                                                                      Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
LOREN DAVID SCHEEL § Case No. 10-25448
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 14,781.72 |
| and approved disbursements of | $ 183.88 |
| leaving a balance on hand of[1] | $ 14,597.84 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ 2,228.16 | $ 0.00 | $ 2,228.16 |
| Accountant for Trustee Fees: POPOWCER KATTEN LTD. | $ 900.00 | $ 0.00 | $ 900.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 3,128.16 |
| Remaining Balance | | | $ 11,469.68 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 8,942.20 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Michael Cleary | $ 1,730.70 | $ 0.00 | $ 1,730.70 |
| 5 | Gary M. Fischer | $ 7,211.50 | $ 0.00 | $ 7,211.50 |

Total to be paid to priority creditors $ 8,942.20

Remaining Balance $ 2,527.48

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,078,442.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | JPMorgan Chase Bank, N.A. | $ 1,609,297.96 | $ 0.00 | $ 1,321.21 |
| 2 | US Bank N.A. | $ 13,140.75 | $ 0.00 | $ 10.79 |
| 4 | Export-Import Bank | $ 1,456,003.75 | $ 0.00 | $ 1,195.36 |

Total to be paid to timely general unsecured creditors $ 2,527.36

Remaining Balance $ 0.12

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Gregg Szilagyi
                    Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
United States Bankruptcy Court
Northern District of Illinois
```

In re:                                                              Case No. 10-25448-ERW
Loren David Scheel                                                  Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: rgreen              Page 1 of 2              Date Rcvd: Nov 08, 2012
                              Form ID: pdf006           Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2012.
```
db          +Loren David Scheel,    1550 S. Kaspar Ave.,    Arlington Heights, IL 60005-3556
15729849    +AT&T,    Bankruptcy Department,    PO Box 769,    Arlington TX 76004-0769
15673885    +Export-Import Bank,    Attn: Cheryl Arceneaux,    811 Vermont Avenue, N.W.,
              Washington, DC 20571-0002
16243174     Frank Fehsenfeld,    28330 Maple,    Chicago, IL 60610
16243175     Gary M. Fischer,    543 Vassar Ln,    Des Plaines, IL 60016-2038
15673886    +JP Morgan Chase, N.A.,    10 S. Dearborn Street,    Chicago, IL 60603-2318
15915330    +JPMorgan Chase Bank, N.A.,    as successor by merger to Bank one,
              c/o Michael L. Molinaro/Loeb & Loeb LLP,    321 N. Clark Street,    Suite 2300,
              Chicago, IL 60654-4746
16243176    +James Vancalbergh,    44 Providence Lane,    Streamwood, IL 60107-2413
16311360    +Michael Cleary,    12540 S. Menard,    Alsip, IL 60803-3550
15673887    +Michael L. Molinaro,    Loeb & Loeb,    321 N. Clark St., Suite 2300,    Chicago, IL 60654-4746
16243177    +Nathan F. Schneider, Jr.,    40-8 Southwood Circle,    Streamwood, IL 60107-2256
16243178    +State of Illinois,    Dept of Labor - Hearing Division,    160 N. LaSalle St. Suite C-1300,
              Chicago, IL 60601-3114
15673889    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:    U.S. Bank,    PO Box 2407 EP-MN-L23R,    Minneapolis, MN 55402)
15673890     W.W. Grainger,    c/o Wholesale Collectors Assn.,    P.O. Box 48146,    Niles, IL 60714
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15673888     Service Tool International, Inc.
16993713*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201)
16243173    ##+Colleen Massheimer,    4621 Bonner Dr.,    McHenry, IL 60050-4145
                                                                               TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 10, 2012**                       **Signature:**     _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: rgreen                Page 2 of 2                   Date Rcvd: Nov 08, 2012
                              Form ID: pdf006             Total Noticed: 14


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2012 at the address(es) listed below:
              Gregg  Szilagyi    gs@tailserv.com,   gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
              Michael L Molinaro    on behalf of Creditor   Bank of America, N.A. mmolinaro@loeb.com,
               chdocket@loeb.com;mjawor@loeb.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    on behalf of Debtor Loren Scheel rfogel@shawfishman.com
                                                                                             TOTAL: 4
```