# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                 §
                                       §
LOREN DAVID SCHEEL                     §      Case No. 10-25448
                                       §
      Debtor(s)                  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     Gregg Szilagyi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:             Claims Discharged
                                              Without Payment:

Total Expenses of Administration:

    3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on               . The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Gregg Szilagyi _____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| POPOWCER KATTEN LTD. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Gary M. Fischer | | | | | |
| 3 | Michael Cleary | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Export-Import Bank | | | | | |
| | Export-Import Bank 811 Vermont Avenue, N.W. Washington, DC 2 | | | | | |
| | JP Morgan Chase, N.A. 10 S. Dearborn Street Chicago, IL 6060 | | | | | |
| 1 | JPMorgan Chase Bank, N.A. | | | | | |
| | U.S. Bank PO Box 2407 EP-MN-L23R Minneapolis, MN 55402 | | | | | |
| 2 | US Bank N.A. | | | | | |
| | W.W. Grainger c/o Wholesale Collectors Assn. P.O. Box 48146 | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 10-25448 | ERW | Judge: | Eugene R. Wedoff | | Trustee Name: | Gregg Szilagyi |
| Case Name: | LOREN DAVID SCHEEL | | | | | Date Filed (f) or Converted (c): | 06/04/10 (f) |
| | | | | | | 341(a) Meeting Date: | 08/09/10 |
| For Period Ending: 08/07/13 | | | | | | Claims Bar Date: | 04/14/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1 | 100% ownership of STI-Disc, Inc. (Non-operating domestic/int | 0.00 | 0.00 | | 0.00 | 0.00 |
| 2 | Household Goods | 1,891.00 | Unknown | | 1,000.00 | FA |
| 3 | CASH | 100.00 | 0.00 | | 0.00 | 0.00 |
| 4 | CHECKING, SAVINGS, ETC. - CHASE XXXXXX6001 | 2,492.51 | 0.00 | | 0.00 | 0.00 |
| 5 | CHECKING, SAVINGS, ETC. -- CHASE XXXXXX8860 | 310.86 | 0.00 | | 0.00 | 0.00 |
| 6 | CHECKING, SAVINGS, ETC. -- HARRIS XXXXXXX6812 | 643.86 | 0.00 | | 0.00 | 0.00 |
| 7 | BOOKS & CDS | 50.00 | Unknown | | 0.00 | Unknown |
| 8 | SILVER & CHINA COLLECTION | 1,250.00 | 1,250.00 | | 1,000.00 | 250.00 |
| 9 | WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 10 | WATCHES & WEDDING RING | 3,150.00 | Unknown | | 1,000.00 | Unknown |
| 11 | GOLF CLUBS AND FISHING GEAR | 300.00 | Unknown | | 0.00 | Unknown |
| 12 | IROTH IRA - VANGUARD | 4,500.00 | 0.00 | | 0.00 | 0.00 |
| 13 | IRA - MORGAN STANLEY | 22,300.00 | 0.00 | | 0.00 | 0.00 |
| 14 | IRA - WELLS FARGO | 14,500.00 | 0.00 | | 0.00 | 0.00 |
| 15 | IRA - FIDELITY | 9,100.00 | 0.00 | | 0.00 | 0.00 |
| 16 | IRA - VANGUARD | 659,300.00 | 0.00 | | 0.00 | 0.00 |
| 17 | LOREN SCHEEL TRUST DATED 10/1/98 | Unknown | Unknown | | 11,250.00 | FA |
| 18 | 2009 INCOME TAX REFUND | 529.50 | 529.50 | | 529.50 | FA |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.22 | Unknown |

TOTALS (Excluding Unknown Values)                     $721,417.73          $1,779.50                              $14,781.72

Gross Value of Remaining Assets
$250.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 10-25448 | ERW | Judge: | Eugene R. Wedoff | |

Trustee Name:                Gregg Szilagyi

Case Name:      LOREN DAVID SCHEEL

Date Filed (f) or Converted (c):  06/04/10 (f)
341(a) Meeting Date:          08/09/10

For Period Ending: 08/07/13

Claims Bar Date:             04/14/11

Initial Projected Date of Final Report (TFR):   12/31/11          Current Projected Date of Final Report (TFR):  / /

**FORM 2**
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 10-25448
Case Name: LOREN DAVID SCHEEL

Taxpayer ID No: XX-XXX2865
For Period Ending: 08/07/13

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9172 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/18/11 | | LOREN DAVID SCHEEL | PURCHASE OF NON-EXEMPT ASSETS | | 14,250.00 | | 14,250.00 |
| | | | Gross receipts                     14,250.00 | | | | |
| | 10 | | WATCHES & WEDDING RING            1,000.00 | 1129-000 | | | |
| | 17 | | LOREN SCHEEL TRUST DATED 10/1/98  11,250.00 | 1129-000 | | | |
| | 2 | | Household Goods                   1,000.00 | 1129-000 | | | |
| | 8 | | SILVER & CHINA COLLECTION         1,000.00 | 1129-000 | | | |
| 02/28/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.02 | | 14,250.02 |
| 03/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,250.14 |
| 04/20/11 | 18 | LENORE M SCHEEL | 1/2 TAX REFUND FOR 2009 | 1124-000 | 529.50 | | 14,779.64 |
| 04/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.11 | | 14,779.75 |
| 05/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.13 | | 14,779.88 |
| 06/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,780.00 |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,780.12 |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.13 | | 14,780.25 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,780.37 |
| 10/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.13 | | 14,780.50 |
| 10/31/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 18.83 | 14,761.67 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,761.79 |
| 11/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 18.20 | 14,743.59 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,743.71 |
| 12/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 18.18 | 14,725.53 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.13 | | 14,725.66 |
| 01/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 19.31 | 14,706.35 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,706.47 |
| 02/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 17.48 | 14,688.99 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,689.11 |
| 03/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 18.06 | 14,671.05 |
| 04/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,671.17 |

Page Subtotals                           14,781.23        110.06

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

Case No:  10-25448
Case Name:  LOREN DAVID SCHEEL

Taxpayer ID No: XX-XXX2865
For Period Ending: 08/07/13

Trustee Name:  Gregg Szilagyi
Bank Name:  Bank of America
Account Number/CD#:  XXXXXX9172 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit):  $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 18.64 | 14,652.53 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,652.65 |
| 05/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 18.62 | 14,634.03 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,634.15 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 17.39 | 14,616.76 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.13 | | 14,616.89 |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 19.17 | 14,597.72 |
| 08/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,597.84 |
| 08/30/12 | | Transfer to Acct#XXXXXX5468 | Transfer of Funds | 9999-000 | | 14,597.84 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | | 14,781.72 | 14,781.72 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 14,597.84 | |
| Subtotal | | 14,781.72 | 183.88 | |
| Less: Payments to Debtors | | 0.00 | 0.00 | |
| Net | | 14,781.72 | 183.88 | |

Page Subtotals                    0.49            14,671.66

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:  10-25448
Case Name:  LOREN DAVID SCHEEL

Taxpayer ID No:  XX-XXX2865
For Period Ending:  08/07/13

Trustee Name:  Gregg Szilagyi
Bank Name:  Associated Bank
Account Number/CD#:  XXXXXX5468 - Checking Acccount
Blanket Bond (per case limit):  $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer from Acct#XXXXXX9172 | Transfer of Funds | 9999-000 | 14,597.84 | | 14,597.84 |
| 12/19/12 | 001002 | GREGG SZILAGYI 542 South Dearborn Street Suite 1060 Chicago, Illinois 60605 | (Final distribution to Claim (no claim number), representing a Payment of per court order.) | 2100-000 | | 2,228.17 | 12,369.67 |
| 12/19/12 | 001003 | POPOWCER KATTEN LTD. 35 EAST WACKER DRIVE CHCIAGO, ILLINOIS 60601 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3410-000 | | 900.00 | 11,469.67 |
| 12/19/12 | 001004 | Michael Cleary 12540 S. Menard Alsip, IL 60803 | (Final distribution to Claim 3, representing a Payment of 100.00% per court order.) | 5300-000 | | 1,730.70 | 9,738.97 |
| 12/19/12 | 001005 | Gary M. Fischer 543 Vassar Ln Des Plaines, IL 60016-2038 | (Final distribution to Claim 5, representing a Payment of 100.00% per court order.) | 5300-000 | | 7,211.50 | 2,527.47 |
| 12/19/12 | 001006 | JPMorgan Chase Bank, N.A. as successor by merger to Bank one c/o Michael L. Molinaro/Loeb & Loeb LLP 321 N. Clark Street Suite 2300 Chicago, IL 60654 | (Final distribution to Claim 1, representing a Payment of 0.08% per court order.) | 7100-000 | | 1,321.27 | 1,206.20 |
| 12/19/12 | 001007 | US Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | (Final distribution to Claim 2, representing a Payment of 0.08% per court order.) | 7100-000 | | 10.79 | 1,195.41 |
| | | | Page Subtotals | | 14,597.84 | 13,402.43 | |

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

Case No: 10-25448
Case Name: LOREN DAVID SCHEEL

Taxpayer ID No: XX-XXX2865
For Period Ending: 08/07/13

Trustee Name: Gregg Szilagyi
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5468 - Checking Acccount
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/19/12 | 001008 | Export-Import Bank Attn: Cheryl Arceneaux 811 Vermont Avenue, N.W. Washington, DC 20571 | (Final distribution to Claim 4, representing a Payment of 0.08% per court order.) | 7100-000 | | 1,195.41 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 14,597.84 | 14,597.84 | 0.00 |
| Less: Bank Transfers/CD's | 14,597.84 | 0.00 | |
| Subtotal | 0.00 | 14,597.84 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 14,597.84 | |

| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET ACCOUNT - XXXXXX9172 | 14,781.72 | 183.88 | 0.00 |
| Checking Acccount - XXXXXX5468 | 0.00 | 14,597.84 | 0.00 |
| | 14,781.72 | 14,781.72 | 0.00 |

Total Allocation Receipts: 0.00
Total Net Deposits: 14,781.72
Total Gross Receipts: 14,781.72

(Excludes account transfers) (Excludes payments to debtors) Total Funds on Hand

Page Subtotals    0.00    1,195.41